IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH BLAKLEY,                    :    CIVIL ACTION
                                    :
        Petitioner,                 :
                                    :
        v.                          :    NO. 11-7671
                                    :
JEFFREY DILMAN                      :
et al.,                             :
                                    :
        Respondents.                :
_____       :

**ORDER**

And AND NOW, this **27th** day of **December** , 2012, upon
careful and independent consideration of the Petition for Writ
of Habeas Corpus, the Response and Reply thereto, and after
review of the Report and Recommendation of United States
Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1.  the Report and Recommendation is APPROVED and ADOPTED;

2.  the Petition for Writ of Habeas Corpus is DISMISSED
WITH PREJUDICE and without an evidentiary hearing; and

3.  there is no probable cause to issue a certificate of
appealability.

BY THE COURT:

Robert F. Kelly

Robert Kelly, J.